# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1176

_____

Steve Skinner,

        Appellant,

v.

State Farm Mutual Automobile
Insurance Company,

        Appellee.

\* \
\* \
\* \
\* \
\* Appeal from the United States \
\* District Court for the \
\* Eastern District of Arkansas. \
\* \
\* [UNPUBLISHED] \
\* \
\*

_____

Submitted: December 4, 1998 \
Filed: December 7, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Steve Skinner appeals from the District Court's[1] grant of summary judgment to his former employer in his age discrimination action. After carefully reviewing the record and the parties' submissions, we conclude the District Court did not err in granting summary judgment for the reasons it stated. Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.